IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DEMARCUS BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:07-CV-415 |
| | § | |
| NEMIER HEROD, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JURY VERDICT FORM

### QUESTION NO. 1

Do you find from the preponderance of the evidence that the Defendants were deliberately indifferent to the Plaintiff's serious medical needs?

Answer "Yes" or "No" for each Defendant.

ANSWER:

Nemier Herod      No

Felipe Martinez   No

Sherry Dickens    No

If you have answered "Yes" to any of the Defendants, then go to Question No. 2. If you have answered "No" to all Defendants, then please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

## QUESTION NO. 2

What amount of money, if any, if now paid in cash would fully and fairly compensate the Plaintiff for his damages proximately caused by the Defendant or Defendants that you have found liable?

Answer in dollars or none.

ANSWER:

| | |
|---|---|
| Nemier Herod | _____ |
| Felipe Martinez | _____ |
| Sherry Dickens | _____ |

If you awarded damages to the Plaintiff in Question No. 2, then please answer Question No. 3. Otherwise, please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

## QUESTION NO. 3

Do you find that punitive damages should be assessed against any of the Defendants under the law given to you by the Court?

Answer "Yes" or "No" for each Defendant.

ANSWER:

    Nemier Herod       _____

    Felipe Martinez     _____

    Sherry Dickens     _____

Please answer Question No. 4 if you answered "Yes" to Question No. 3 with regard to any Defendant. Otherwise, please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

## QUESTION NO. 4

What sum of money, if any, do you award as punitive damages?

Answer in dollars or none.

ANSWER:

    Nemier Herod       _____

    Felipe Martinez     _____

    Sherry Dickens     _____

After answering the Questions, have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

## JURY VERDICT VERIFICATION PAGE

We, the jury, verify that the answers to the above questions constitute our unanimous verdict in this case.

Dated: 5-30-08